Thomas M. Downey, State Bar No. 142096
Derek H. Lim, State Bar No. 209496
Caitlin E. Carey, State Bar No. 252574
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:     (510) 835-6666

Email:         tdowney@burnhambrown.com
               dlim@burnhambrown.com
               ccarey@burnhambrown.com

Attorneys for Defendants
SWIFT TRANSPORTATION CO., INC. and
LARRY ROBERT CROW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| QUYEN TRAN and PHAI PHAM,<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CO., INC.,<br>SWIFT TRANSPORTATION, LARRY<br>ROBERT CROW and DOES 1 through 20,<br>inclusive,<br><br>Defendants. | No. 2:08-CV-01108-JAM-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND DISCOVERY CUT-OFF AND MOTION DATES**<br><br>Complaint Filed:  April 16, 2008<br>Trial Date:  October 26, 2009 |

//

//

//

//

//

//

//

1

STIPULATION AND ORDER TO CONTINUE TRIAL AND
DISCOVERY CUT-OFF AND MOTION DATES

Plaintiffs Quyen Tran and Phai Pham (collectively "Plaintiffs") and Defendants Swift Transportation Co, Inc. and Larry Robert Crow (collectively "Defendants") hereby stipulate by and through their undersigned counsel of record to continue the following deadlines in the above matter:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Expert Disclosure | April 3, 2009 | July 3, 2009 |
| Discovery Cut-Off | June 12, 2009 | September 11, 2009 |
| Dispositive Motion Cut-Off | July 15, 2009 | October 14, 2009 |
| Dispositive motion hearing | August 12, 2009 | November 18, 2009 @ 9 a.m. |
| Joint pretrial statement | September 11, 2009 | December 11, 2009 |
| Pre-Trial Conference | September 18, 2009 | December 18, 2009 @ 3p.m. |
| Trial | October 26, 2009 | January 25, 2010 at 9 a.m. |

None of these deadlines have previously been extended.

This matter arises from a motor vehicle accident that occurred on July 14, 2006 in Sacramento County, California.  As a result of the accident, Plaintiffs have made claims for personal injuries and loss of consortium.  In particular, Plaintiff Quyen Tran alleges personal injury including, but not limited to, a lumbar disc herniation and back and neck pain.  Good cause exists for the continuance of the aforementioned dates because the nature, extent, and severity of Plaintiff Tran's injuries are currently unknown.  Plaintiff Tran continues to treat with his health care providers, and recently decided to undergo a series of nerve block injections prior to contemplation of potential surgical intervention. As a result, Plaintiff Tran's prognosis is currently unknown.  The parties request an extension of the foregoing dates to allow Plaintiff Tran additional time to recover and continue treating with his health care providers.

//

//

//

2

No. 2:08-CV-01108-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1   //

2   //

3          The parties believe that a continuance of the above dates will result in judicial economy

4   and efficiency as it will allow Plaintiff Tran to continue treating with his health care providers,

5   reduce the need for the parties to engage in premature discovery, and will reduce the need to

6   engage in supplemental expert disclosures.

9   DATED:  February 5, 2009                    BURNHAM BROWN

11

12                                              _____
                                               DEREK H. LIM
                                               Attorneys for Defendants
13                                             SWIFT TRANSPORTATION CO., INC. and
                                               LARRY ROBERT CROW
14

15   DATED:  February ___, 2009                LAW OFFICES OF DREYER, BABICH,
16                                             BUCCOLA, & CALLAHAM, LLP

17

18                                             By_____
                                                 CRAIG C. SHEFFER
19                                               Attorneys for Plaintiffs
                                                 QUYEN TRAN AND PHAI PHAM
20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE TRIAL AND          No. 2:08-CV-01108-JAM-EFB
DISCOVERY CUT-OFF AND MOTION DATES

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having reviewed the STIPULATION AND ORDER TO CONTINUE TRIAL AND DISCOVERY CUT-OFF AND MOTION DATES, and good cause appearing therefore, IT IS HEREBY ORDERED:

The Expert Disclosures will be exchanged on July 3, 2009, the Discovery Cut-Off will be September 11, 2009, the Dispositive Motion Cut-Off will be October 14, 2009, the Pre-Trial Conference will be December 18, 2009 at 3 p.m., and the Trial Date will be January 25, 2010 at 9 a.m.

DATED:  February 11, 2009

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

916903

4

STIPULATION AND ORDER TO CONTINUE TRIAL AND
DISCOVERY CUT-OFF AND MOTION DATES

No. 2:08-CV-01108-JAM-EFB