1   Thomas M. Downey, State Bar No. 142096
    Derek H. Lim, State Bar No. 209496
2   Caitlin E. Carey, State Bar No. 252574
    BURNHAM BROWN
3   A Professional Law Corporation
    P.O. Box 119
4   Oakland, California 94604

5   1901 Harrison Street, 11th Floor
    Oakland, California  94612
6   Telephone:      (510) 444-6800
    Facsimile:      (510) 835-6666
7
    Email:      tdowney@burnhambrown.com
8               dlim@burnhambrown.com
                ccarey@burnhambrown.com
9
    Attorneys for Defendants
10  SWIFT TRANSPORTATION CO., INC. and
    LARRY ROBERT CROW
11

12              UNITED STATES DISTRICT COURT

13      EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| 14  QUYEN TRAN and PHAI PHAM, | No. 2:08-CV-01108-JAM-EFB |
| 15          Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE TRIAL AND DISCOVERY CUT-OFF AND MOTION DATES** |
| 16  v. | |
| 17  SWIFT TRANSPORTATION CO., INC., SWIFT TRANSPORTATION, LARRY | Complaint Filed:  April 16, 2008 Trial Date: January 25, 2010 |
| 18  ROBERT CROW and DOES 1 through 20, inclusive, | |
| 19          Defendants. | |
| 20 | |

21

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1

PDF created with pdfFactory trial version www.pdffactory.com

1   Plaintiffs Quyen Tran and Phai Pham (collectively "Plaintiffs") and Defendants Swift

2  Transportation Co, Inc. and Larry Robert Crow (collectively "Defendants") hereby stipulate by

3  and through their undersigned counsel of record to continue the following deadlines in the above

4  matter:

5

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosure | July 3, 2009 | October 2, 2009 |
| Discovery Cut-Off | September 11, 2009 | December 11, 2009 |
| Dispositive Motion Cut-Off | October 14, 2009 | January 13, 2010 |
| Pre-Trial Conference | December 18, 2009 | March 19, 2010 |
| Trial | January 25, 2010 | April 26, 2010 |

These deadlines were previously extended three months on February 11, 2009 to allow Plaintiff

additional time to recover and to continue treating with his healthcare providers.

This matter arises from a motor vehicle accident that occurred on July 14, 2006 in

Sacramento County, California.  As a result of the accident, Plaintiffs have made claims for

personal injuries and loss of consortium.  In particular, Plaintiff Quyen Tran alleges personal

injury including, but not limited to, a lumbar disc herniation and back and neck pain.

Good cause exists for the continuance of the aforementioned dates because counsel for

Defendants, Derek Lim, was recently out of the office for several weeks due to a family medical

emergency and subsequent bereavement leave.  As such, discovery was delayed and the parties

were not able schedule a mediation prior to the current expert disclosure date.

In addition, the nature, extent, and severity of Plaintiff Tran's injuries are still unknown.

Plaintiff Tran continues to treat with his health care providers, and recently underwent a series of

nerve block injections.  At this juncture, it is still undetermined whether surgical intervention is

an option.  As a result, Plaintiff Tran's prognosis is currently unknown.

///

STIPULATION AND ORDER TO CONTINUE TRIAL AND
DISCOVERY CUT-OFF AND MOTION DATES                    No. 2:08-CV-01108-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1    The parties believe that a continuance of the above dates will result in judicial economy

2  and efficiency as it will provide defense counsel an opportunity to back get up to speed in the

3  case and allow the parties to proceed with discovery prior to the expert disclosure date.  It will

4  also allow plaintiff Tran to continue treating with his health care providers and will reduce the

5  need to engage in supplemental expert disclosures.

6

7  DATED:  June ___, 2009                        BURNHAM BROWN

8

9                                              _____

10                                             DEREK H. LIM
                                               Attorneys for Defendants
11                                             SWIFT TRANSPORTATION CO., INC. and
                                               LARRY ROBERT CROW

12

13 DATED:  June ___, 2009                        LAW OFFICES OF DREYER, BABICH,
                                               BUCCOLA, & CALLAHAM, LLP
14

15

16                                             By_____
                                                 CRAIG C. SHEFFER
17                                               Attorneys for Plaintiffs
                                                 QUYEN TRAN AND PHAI PHAM

18

19

20

21

22

23

24

25

26

27

28

3

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

## (AS MODIFIED BY THE COURT)

Having reviewed the STIPULATION AND ORDER TO CONTINUE TRIAL AND DISCOVERY CUT-OFF AND MOTION DATES, and good cause appearing therefore, IT IS HEREBY ORDERED:

The Expert Disclosures will be exchanged on October 2, 2009, the Discovery Cut-Off will be December 11, 2009, the Dispositive Motion filing date will be January 13, 2010, the dispositive motion hearing date will be February 17, 2010 at 9:00 a.m.  The parties joint pretrial statement shall be filed no later than March 26, 2010.  The Pre-Trial Conference will be April 2, 2010 at 3:00 p.m., and the Trial Date will be June 7, 2010 at 9:00 a.m.

DATED:  June 15, 2009

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

947841

4

STIPULATION AND ORDER TO CONTINUE TRIAL AND
DISCOVERY CUT-OFF AND MOTION DATES

No. 2:08-CV-01108-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com